```
GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
MICHAEL R. LIZANO
CRAIG H. RUSSELL
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: michael.perez-lizano@usdoj.gov
Email: craig.russell@usdoj.gov
Attorneys for Plaintiff
```

FILED 2021 OCT 20 PM 5:07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>▮▮▮▮▮<br>2. Jesus Torres-Aguilera,<br><br>Defendants. | CR21-02715-TUC-JAS(LCK)<br><br>**I N D I C T M E N T**<br><br>**(UNDER SEAL)**<br><br>Violations:<br><br>8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(A)(iii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>(Conspiracy to Transport and Harbor Illegal Aliens for Profit)<br>Count 1<br><br>18 U.S.C. § 982(a)(6)<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

**COUNT 1**

From a date unknown to on or about October 20, 2021, in the District of Arizona and elsewhere, ▮▮▮▮▮ and JESUS TORRES-AGUILERA did knowingly and intentionally combine, conspire, confederate, and agree together and with various persons known and unknown, to transport and move illegal aliens within the United States by means of transportation or otherwise, and to conceal, harbor and shield from detection said aliens, all in furtherance of such violation

of law for the purpose of commercial advantage or private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

### FORFEITURE ALLEGATION

Upon conviction of an offense in violation of Title 8, United States Code, Section 1324 alleged in this Indictment, defendants ▮▮▮▮▮▮▮▮▮▮ and JESUS TORRES-AGUILERA, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(6): (a) any conveyance, including any vessel, vehicle, or aircraft, used in the commission of the offense; (b) any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and (c) any property, real or personal, used to facilitate or intended to be used to facilitate the commission of the offense, including, but not limited to: a sum of money representing the amount of proceeds obtained as a result of the offense.

If any of the property described above, as a result of any act or omission of the defendant(s): a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of the defendant(s) up to the value of the above-described forfeitable property, including but not limited to all property, both real and personal, owned by the defendant(s), pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

///
///
///
///

All pursuant to Title 18, United States Code, Section 982(a)(6) and (b)(1), Title 21, United States Code, Section 853(p), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: October 20, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/s/

MICHAEL R. LIZANO
Assistant U.S. Attorney